USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X

UNITED STATES OF AMERICA

-v.-

VALENTYN BELAN,
   a/k/a "Belan Valentin,"
   a/k/a "Belan Valentyn,"
   a/k/a "Belan Valentyn
      Volodymyrovych,"
   a/k/a "Belan Valentyn
      Voldymyrovich,"
   a/k/a "Valentino,"

            Defendant.

------------------------------------ X

**FINAL ORDER OF FORFEITURE**

19 Cr. 084 (GHW)

WHEREAS, on or about May 29, 2019, the Court entered a Preliminary Order of Forfeiture, as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 25), which ordered the forfeiture to the United States of all right, title and interest of VALENTYN BELAN, a/k/a "Belan Valentin," a/k/a "Belan Valentyn," a/k/a "Belan Valentyn Volodymyrovych," a/k/a "Belan Valentyn Voldymyrovich," a/k/a "Valentino," (the "Defendant") in all right, title and interest of the defendant, in among other things, in the following specific property:

    i.    all funds on deposit in TD Bank Account 6771529741, held in the name of VALENTYN BELAN and/or Valerii Yudin;
    ii.   all funds on deposit in TD Bank Account 6771529353, held in the name of VALENTYN BELAN and/or Alla Belan;
    iii.  all funds on deposit in SunTrust Bank Account 1000216339225, held in the name of VALENTYN BELAN and/or Alla Belan;
    iv.  all funds on deposit in SunTrust Bank Account 1000216339274, held in the name of VALENTYN BELAN and/or Valerii Yudin;
    v.   all funds on deposit in SunTrust Bank Account 1000216339282, held in the name of VALENTYN BELAN and/or Alla Belan; and

vi.   Units 101-102, and additional space in Blocks 10-11, located at The Century Garden, No. 726 XinHua Road, Chang Ning District, Shanghai, China

(i. through vii. collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on June 14, 2019 for thirty (30) consecutive days, through July 13, 2019, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on January 9, 2020 (D.E. 46);

WHEREAS, on or about June 28, 2019, notice of the Preliminary Order of Forfeiture was sent by certified mail, return receipt requested, to:

a. Valerii Yudan, Kissimmee, FL 34759;
b. Valerii Yudan, New York, NY 10025;
c. Alla Belan, Kissimmee, FL 34759;
d. Alla Belan, New York, NY 10025;
e. Maksym Yudin, Kissimmee, FL 34759; and
f. Maksym Yudin, Dallas, TX 75287-3114

(collectively, the "Noticed Parties");

WHEREAS, on or about October 4, 2019, the Court entered a Amended Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, modifying the amount of the money judgment imposed against the Defendant in the Preliminary Order of Forfeiture (D.E. 40);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant, and the Noticed Parties are the only persons and/or entities known by the Government to have a potential interest in the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4. The Clerk of the Court shall forward four certified copies of this Final Order of Forfeiture to Assistant United States Attorney Alexander Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
January 13, 2020

SO ORDERED:

_____
HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK