```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                            :

UNITED STATES OF AMERICA,           :

                     -v-                          :          1: 19-cr-00084-GHW-1

VALENTYN BELAN,                    :          <u>ORDER</u>

                  Defendants.  :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 7, 2020, Petitioner Jacky Yeung filed a petition claiming a sole and full ownership interest in property seized and subject to forfeiture. Dkt. No. 53. The Government is directed to respond to that application by December 28, 2020.

SO ORDERED.

Dated: December 8, 2020

                                                        _____
                                                          GREGORY H. WOODS
                                                        United States District Judge